UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY J. DEL FUOCO,

    Plaintiff,

v.                                                  CASE NO: 8:03-cv-161-T-23TGW

LARRY BAHNSEN, et al,

    Defendants.
_____/

**ORDER**

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule 6.01(b), an October 14, 2004, order (Doc. 110) referred for disposition the parties' cross-motions for sanctions (Docs. 99 and 104) to the United States Magistrate Judge. Pursuant to Rule 72(a), Federal Rules of Civil Procedure, the plaintiff objects (Doc. 235) to the Magistrate Judge's September 20, 2005, order (Doc. 224) granting Sheriff Wells's motion (Doc. 99) for sanctions against the plaintiff and denying the plaintiff's motion (Doc. 104) for sanctions against Sheriff Wells. Sheriff Wells responds (Doc. 243 ) to the plaintiff's objections.

A review of the Magistrate Judge's order (Doc. 224), the plaintiff's memorandum (Doc. 235), and Sheriff Wells's response (Doc. 243) reveals that the plaintiff's objections either are unfounded or otherwise fail to demonstrate that the Magistrate Judge's order (Doc. 224) is either clearly erroneous or contrary to law. The plaintiff's objections are **OVERRULED**. Sheriff Wells's motion (Doc. 99) for sanctions is **GRANTED** and the plaintiff's motion (Doc. 104) for sanctions is **DENIED**.

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), a May 31, 2005, order (Doc. 187) referred the defendants' motions for summary judgment (Docs. 162, 164) to the United States Magistrate Judge for a report and recommendation.  Following the Magistrate Judge's October 31, 2005, report and recommendation (Doc. 238), the plaintiff submits a perfunctory, three-sentence objection (Doc. 242) to the Magistrate Judge's mentioning the plaintiff's "egregious bad faith conduct" in this case (Doc. 238 at 43).  The plaintiff neither objects to the Magistrate Judge's recommending the granting of the defendants' summary judgment motions nor identifies any error in law or fact in the Magistrate Judge's report.[1]

Accordingly, the plaintiff's "objection" (Doc. 242) is **OVERRULED**, and the Magistrate Judge's report and recommendation (Doc. 238) is **ADOPTED**.  The defendants' motions (Docs. 162, 164) for summary judgment are **GRANTED**.  The Clerk is directed to (1) enter judgment in favor of the defendants and against the plaintiff, (2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on November 22, 2005.

/s/ Steven D. Merryday
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[1] A general objection "to the entirety of the [Magistrate Judge's] report has the same effect as would a failure to object.  The district court's attention is not focused on any specific issues for review, thereby making the initial reference to the [Magistrate Judge] useless.  This duplication of time and effort wastes judicial resources rather than saves them, and runs contrary to the purposes of the Magistrates Act."  Howard v. Sec. of Health & Human Servs., 932 F.2d 505, 509 (6th Cir. 1991).